# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR PAUL HERNANDEZ-MORALES,<br><br>                              Petitioner,<br><br>     v.<br><br>PAM BONDI, *et al.*,<br><br>                              Respondents. | Case No. 25-cv-02629-BAS-DDL<br><br>**ORDER GRANTING JOINT REQUEST TO TRANSFER CASE (ECF No. 5)** |

Petitioner Nestor Paul Hernandez-Morales filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)  After the Court issued a briefing schedule, the parties filed a Joint Notice of Related Case and Request for Low-Number Transfer. (ECF No. 5.)  The Judges presiding over the related cases agree that transfer is appropriate. Accordingly, the Court **GRANTS** the request.  The Clerk of Court shall transfer this matter to the Honorable Benjamin J. Cheeks for all further proceedings.

**IT IS SO ORDERED.**

**DATED: October 9, 2025**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 1 -

25cv2629