# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR PAUL HERNANDEZ-MORALES,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | Case No.: 25-cv-2629-BJC-MMP<br><br>**ORDER FOLLOWING HEARING** |

On October 24, 2025, the Court held a hearing on the petition and Petitioner's request for injunctive relief. Donovan J. Dunnion appeared on behalf of Petitioner and Kim Gregg appeared on behalf of Respondents. After hearing oral argument from the parties, the Court took the matter under submission. In conjunction with the order on the record, the Court ORDERS:

1. Respondents, their agents, employees, successors, attorneys, and all persons acting in active concert or participation with them are hereby ENJOINED from removing Petitioner from the United States or this District pending further order of the Court, to maintain the status quo to allow the Court to provide a reasoned decision on the request at hand.

//

2. The Court will issue an order on the pending petition and motion for injunctive relief in due course.

**IT IS SO ORDERED**.

Dated: October 27, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge