# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| NESTOR PAUL HERNANDEZ-MORALES, | Case No.:  25-cv-2629-BJC-MMP |
|---|---|
| Petitioner, | **ORDER DIRECTING RESPONDENTS TO FILE A SURREPLY** |
| v. | |
| PAMELA BONDI, et al., | |
| Respondents. | |

On October 24, 2025, the Court held a hearing on the petition and Petitioner's request for injunctive relief.  Upon further review of the record, the Court finds it appropriate to allow Respondents to address Petitioner's argument that the Department of Homeland Security's failure to comply with mandatory custody review procedures under 8 C.F.R.§ 241 renders his detention unlawful.

Accordingly, the Court ORDERS:

1.      Respondents shall file a surreply addressing Petitioner's argument regarding the failure to comply with statutory procedures **by close of business November 4, 2025**.

///

///

///

2.      The limited stay issued by this Court to maintain the *status quo* and permit the Court to provide a reasoned decision remains in effect.

**IT IS SO ORDERED**.

Dated:  October 30, 2025

_____
Honorable Benjamin J. Cheeks
United States District Judge