# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR PAUL HERNANDEZ-MORALES,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>Respondents. | Case No.: 25-cv-2629-BJC-MMP<br><br>**ORDER GRANTING LEAVE TO FILE RESPONSE TO SURREPLY**<br><br>**[ECF No. 16]** |

Following the hearing before this Court on the petition and Petitioner's request for injunctive relief, the Court directed Respondents to file a surreply addressing Petitioner's argument regarding the failure to comply with statutory procedures. *See* ECF No. 14. Respondents filed a surreply on November 4, 2025. ECF No. 15. Petitioner now seeks to file a response to the surreply. ECF No. 16. He contends the surreply introduced new factual assertations and exhibits bearing on credible-fear processing, a purported informal interview at the time of his arrest, and a newly asserted basis for detention. *Id*. at 2. He attaches his proposed response to his motion for leave. *See* ECF No. 16-1.

///

///

///

Good cause appearing, the Court GRANTS Petitioner's request for leave to file his response to the surreply attached to his motion.

**IT IS SO ORDERED**.

Dated: November 7, 2025

*[Signature]*

Honorable Benjamin J. Cheeks
United States District Judge

2
25-cv-2629-BJC-MMP