# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTOR PAUL HERNANDEZ-MORALES,<br><br>               Petitioner,<br><br>v.<br><br>PAMELA BONDI, et al.,<br><br>               Respondents. | Case No.:  25-cv-2629-BJC-MMP<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

On December 23, 2025, Plaintiff filed a motion for attorney's fees.  The Court finds it appropriate to set a briefing schedule on the pending motion.  Accordingly, the parties shall comply with the following briefing schedule:

1. Respondents shall file a response **on or before January 26, 2026**.

2. Plaintiff may file a reply in support of the motion **on or before February 9, 2026.**

**IT IS SO ORDERED**.

Dated:  January 5, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge