# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTER PAUL HERNANDEZ-MORALES,<br><br>Petitioner,<br><br>v.<br><br>PAM BONDI, Attorney General of the United States, in her official capacity; et al.,<br><br>Respondents. | Case No.: 25-cv-02629-BJC-MMP<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND BRIEFING SCHEDULE** |

Having considered the parties joint motion to extend the briefing schedule on the pending Equal Access to Justice Act fee application, and good cause appearing, the Court **GRANTS** the joint motion. Accordingly, Respondents' response deadline is continued to February 26, 2026, and Petitioner's reply deadline is continued to March 26, 2026.

**IT IS SO ORDERED**.

DATED: January 21, 2026

Hon. Benjamin J. Cheeks
United States District Judge