# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NESTER PAUL HERNANDEZ-MORALES, | Case No.: 25-cv-02629-BJC-MMP |
| Petitioner, | **ORDER GRANTING JOINT MOTION TO STAY BRIEFING SCHEDULE RE MOTION FOR ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| PAM BONDI, Attorney General of the United States, in her official capacity; et al., | |
| Respondents. | **[ECF No. 25]** |

Having considered the parties joint motion to stay the briefing schedule for the pending Equal Access to Justice Act fee application, and good cause appearing, the Court **GRANTS** the joint motion.  Accordingly, the briefing schedule is **STAYED**, and the Parties must file a joint status report every 90 days, beginning May 25, 2026, to inform the Court of the status of this matter.

   **IT IS SO ORDERED**.

Dated:  February 26, 2026

_____
Honorable Benjamin J. Cheeks
United States District Judge

-1-